Peter Strojnik
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 DEC -2 PM 3:19

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
# FOR THE NEW MEXICO DISTRICT

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>HERITAGE HOTELS AND RESORTS, INC DBA HOTEL CHACO<br><br>Defendant. | No.: 1:19-cv-00515-JFR-LF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff voluntarily dismisses the above cause ***with prejudice.***

DATED this 26TH day of November 2019.

**PETER STROJNIK**

_signature_
Plaintiff

Peter Strojnik
7847 N Central Avenue
Phoenix, AZ 85020

PHOENIX AZ 852

27 NOV 2019 PM 8 L



**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 2 2019

MITCHELL R. ELFERS
CLERK

**The Clerk's Office**
**U.S. District Court of New Mexico**
**333 Lomas Blvd NW Suite 270**
**Albuquerque, NM  87102**

87102-227470